UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20276-CR-MORENO
(Civil Case No. 16-20643-CV-MORENO)

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

HENRY LEE BRYANT,
        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION FOR NEW TRIAL

THIS CAUSE came before the Court upon defendant's motion for new trial **[D.E. #181]** and the Court being fully advised in the premises, it is

**ORDERED and ADJUDGED** that the Court **ADOPTS** the Report and Recommendation of Magistrate Judge O'Sullivan **[D.E. #291]** and after a De Novo Review, the motion for new trial is **DENIED.**

DONE and ORDERED in Miami-Dade County Florida this 16 day of December, 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record